HAMLA CORPORATION, Appellant, v. ERIC BETHEL et al., Respondents.—

679

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.